STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.
1 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  Eddie Otero
        Filomena M Otero

Case No.: 18-19363
Judge: JNP

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required           Date: 7/3/2018
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  TD            Initial Debtor: E O            Initial Co-Debtor  FMO

1

### Part 1: Payment and Length of Plan

a. The debtor shall pay __295.00 Monthly__ to the Chapter 13 Trustee, starting on __6/1/2018__ for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion:

- [ ] Refinance of real property:
  Description:
  Proposed date for completion:

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection        [X] NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas E. Dowey, Esq | Attorney Fees | 2,000.00 |
| Internal Revenue Service | Income Tax | 6,099.20 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [✓] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Cenlar | 7 Van Mar Ave. Pleasantville, N.J. 08232 | $17,604.65 | 0 | $17,604.65 | $1,250.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Wells Fargo Bank NA | 7 Van Mar Ave. Pleasantville, NJ | 5,784.80 | 65,000.00 | 143,738.94 | 0 | 0 | 0 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. Surrender ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

f. Secured Claims Unaffected by the Plan ☑ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| |

g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ◼ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $____ to be distributed *pro rata*
- ☐ Not less than ____ percent
- ☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified** unsecured claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    ◼ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien Loan Secured | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Wells Fargo Bank | 7 Van Mar Ave. Pleasantville NJ | By fixtures of Real Estate | $5,784.80 | $65,000.00 | 5,784.80 | 143,738.94 | 5,784.80 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Wells Fargo Bank | 7 Van Mar Ave Pleasantvile NJ | $5,784.80 | $65,000.00 | 143,738.94 | 0 | $5,784.80 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

**b. Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C.

5

Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | Add IRS Claim, change amount of mortgage arrears and strip off Wells Fargo's Lien and change debt to completely unsecured. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | July 3, 2018 | /s/ Thomas E. Dowey, Esq |
|---|---|---|
| | | Thomas E. Dowey, Esq |
| | | Attorney for the Debtor |
| Date: | July 3, 2018 | /s/ Eddie Otero |
| | | Eddie Otero |
| | | Debtor |
| Date: | July 3, 2018 | /s/ Filomena M Otero |
| | | Filomena M Otero |
| | | Joint Debtor |

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | July 3, 2018 | /s/ Thomas E. Dowey, Esq |
|---|---|---|
| | | Thomas E. Dowey, Esq |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | July 3, 2018 | /s/ Eddie Otero |
|---|---|---|
| | | Eddie Otero |
| | | Debtor |
| Date: | July 3, 2018 | /s/ Filomena M Otero |
| | | Filomena M Otero |
| | | Joint Debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 18-19363-JNP
Eddie Otero                                                   Chapter 13
Filomena M Otero
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 11, 2018
                              Form ID: pdf901          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db/jdb         +Eddie Otero,    Filomena M Otero,    7 Van Mar Avenue,    Pleasantville, NJ 08232-3524
517519135      +Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA 17606-5407
517519136      +AtlantiCare,    P O Box 360,   Findlay, OH 45839-0360
517519137     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America N.A.,     P.O. Box 15019,    Wilmington, DE 19886)
517633530      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517519138      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
517519142      +CITI,    P O Box 790040,   Saint Louis, MO 63179-0040
517519141      +Cenlar,    425 Phillips Blvd,   Ewing, NJ 08618-1430
517519143      +Client Services Incorporated,     3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
517519147      +GreenSky,    P.O. Box 29429,   Atlanta, GA 30359-0429
517628386      +Greensky, LLC,    PO Box 71215,   Charlotte, NC 28272-1215
517519148      +Internal Revenue Servise,    P.O. Box 931000,    Louisville, KY 40293-1000
517519151      +Midland Credit Management, Inc.,     P.O. Box 2001,   Warren, MI 48090-2001
517519153       Sun trust Bank,    1797 East Expy NE,    Atlanta, GA 30329
517519155      +TriCare Medical Transportation,     825 Noahs Rd.,   Pleasantville, NJ 08232-4227
517519159      +WFFNATBANK,    P.O. Box 94498,   Las Vegas, NV 89193-4498
517519158      +WFFinace,    P O Box 29704,   Phoenix, AZ 85038-9704
517519156      +Wells Fargo,    P.O. Box 14517,   Des Moines, IA 50306-3517
517601713       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517519157      +Wells Fargo Financial National Bank,     Client Processing - MAC N0003-038,    800 Walnut Street,
                Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:25     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517519140       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:44     Capital One,
                1500 Capital Drive,    Richmond, VA 23238
517519139      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:35:25     Capital One,
                P.O. Box 6492,    Carol Stream, IL 60197-6492
517519144      +E-mail/Text: kzoepfel@credit-control.com Jul 11 2018 23:30:30     Credit control LLC,
                5757 Phantom Dr Suite330,    Hazelwood, MO 63042-2429
517556647      +E-mail/Text: cio.bncmail@irs.gov Jul 11 2018 23:29:55     Department of Treasury,
                Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
517519145      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 11 2018 23:31:02     Diversified Consultants,
                10550 Deerwood Park Blvd.,    Suite 309,   Jacksonville, FL 32256-2805
517519146      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 11 2018 23:31:05     Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
517519149       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 11 2018 23:30:43     Jefferson Capital Systems, LLC,
                16 McLeland Rd.,    Saint Cloud, MN 56303
517638318       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2018 23:34:47
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517519150      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2018 23:30:24     MCM,    2365 Northside Drive,
                San Diego, CA 92108-2709
517615009      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2018 23:30:24     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517519152      +E-mail/Text: Supportservices@receivablesperformance.com Jul 11 2018 23:31:10
                Receivables Performance Management,     20816 44th Ave. W,   Lynnwood, WA 98036-7744
517519154      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:34:32     Synchrony Bank,    P.O. Box 530914,
                Atlanta, GA 30353-0914
517521976      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:33:57     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Jul 11, 2018
                               Form ID: pdf901              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Debtor Eddie  Otero tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Filomena M Otero tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```