Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19363−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddie Otero                                              Filomena M Otero
   7 Van Mar Avenue                                         7 Van Mar Avenue
   Pleasantville, NJ 08232                                  Pleasantville, NJ 08232

Social Security No.:
   xxx−xx−8864                                              xxx−xx−3936

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             October 27, 2020
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*30* – Objection to Notice of Mortgage Forbearance (related document:28 Notice of Request for Mortgage Forbearance Due to the Covid−19 Pandemic for 92 days. Re: Claim #: 11 Filed by New Residential Mortgage LLC filed by Creditor New Residential Mortgage LLC) filed by Thomas E. Dowey on behalf of Eddie Otero, Filomena M Otero. (Attachments: # 1 Exhibit) (Dowey, Thomas)

and transact such other business as may properly come before the meeting.


Dated: October 13, 2020
JAN: eag

                                                                    Jeanne Naughton
                                                                    Clerk