Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19363−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eddie Otero                                Filomena M Otero
7 Van Mar Avenue                           7 Van Mar Avenue
Pleasantville, NJ 08232                    Pleasantville, NJ 08232

Social Security No.:
xxx−xx−8864                                xxx−xx−3936

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           October 27, 2020
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*30* − Objection to Notice of Mortgage Forbearance (related document:28 Notice of Request for Mortgage Forbearance Due to the Covid−19 Pandemic for 92 days. Re: Claim #: 11 Filed by New Residential Mortgage LLC filed by Creditor New Residential Mortgage LLC) filed by Thomas E. Dowey on behalf of Eddie Otero, Filomena M Otero. (Attachments: # 1 Exhibit) (Dowey, Thomas)

and transact such other business as may properly come before the meeting.


Dated: October 13, 2020
JAN: eag

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19363-JNP |
| Eddie Otero | Chapter 13 |
| Filomena M Otero | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: 173 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie Otero, Filomena M Otero, 7 Van Mar Avenue, Pleasantville, NJ 08232-3524 |
| cr | + | New Residential Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Filomena M Otero, 7 Van Mar Avenue, Pleasantville, NJ 08232-3524 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | |
| | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: 173 | Total Noticed: 2 |

               on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

Thomas E. Dowey
               on behalf of Debtor Eddie Otero tdesquire@hotmail.com

Thomas E. Dowey
               on behalf of Joint Debtor Filomena M Otero tdesquire@hotmail.com

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7