| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eddie Otero <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8864 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Filomena M Otero <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3936 <br> EIN  \_\_–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–19363–JNP | | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eddie Otero                                                Filomena M Otero

7/14/23                                                   **By the court:** Jerrold N. Poslusny Jr.
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19363-JNP |
| Eddie Otero | Chapter 13 |
| Filomena M Otero | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie Otero, Filomena M Otero, 7 Van Mar Avenue, Pleasantville, NJ 08232-3524 |
| 517519135 | + | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 517519136 | + | AtlantiCare, P O Box 360, Findlay, OH 45839-0360 |
| 517628386 | + | Greensky, LLC, PO Box 71215, Charlotte, NC 28272-1215 |
| 517519153 | | Sun trust Bank, 1797 East Expy NE, Atlanta, GA 30329 |
| 517519155 | + | TriCare Medical Transportation, 825 Noahs Rd., Pleasantville, NJ 08232-4227 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2023 20:59:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2023 20:59:00 | New Residential Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517519135 | ^ | MEBN | Jul 14 2023 20:57:01 | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 517519137 | | EDI: BANKAMER.COM | Jul 15 2023 00:52:00 | Bank of America N.A., P.O. Box 15019, Wilmington, DE 19886 |
| 517633530 | + | EDI: BANKAMER2.COM | Jul 15 2023 00:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517519138 | + | EDI: CITICORP.COM | Jul 15 2023 00:52:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 517519141 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 14 2023 21:00:00 | Cenlar, 425 Phillips Blvd, Ewing, NJ 08618 |
| 517519142 | + | EDI: CITICORP.COM | Jul 15 2023 00:52:00 | CITI, P O Box 790040, Saint Louis, MO 63179-0040 |
| 517519140 | | EDI: CAPITALONE.COM | Jul 15 2023 00:52:00 | Capital One, 1500 Capital Drive, Richmond, VA 23238 |
| 517519139 | + | EDI: CAPITALONE.COM | Jul 15 2023 00:52:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 517519143 | + | Email/Text: mediamanagers@clientservices.com | Jul 14 2023 20:59:00 | Client Services Incorporated, 3451 Harry S |

Case 18-19363-JNP    Doc 47    Filed 07/16/23    Entered 07/17/23 00:15:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Truman Blvd., Saint Charles, MO 63301-9816 |
| 517519144 | + | Email/Text: clientservices@credit-control.com | Jul 14 2023 21:00:00 | Credit control LLC, 5757 Phantom Dr Suite330, Hazelwood, MO 63042-2429 |
| 517556647 | + | EDI: IRS.COM | Jul 15 2023 00:52:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517519145 | + | EDI: DCI.COM | Jul 15 2023 00:52:00 | Diversified Consultants, 10550 Deerwood Park Blvd., Suite 309, Jacksonville, FL 32256-2805 |
| 517519146 | + | EDI: BLUESTEM | Jul 15 2023 00:52:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517519147 | ^ | MEBN | Jul 14 2023 20:55:19 | GreenSky, P.O. Box 29429, Atlanta, GA 30359-0429 |
| 517645777 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 14 2023 21:00:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517640972 | | EDI: JEFFERSONCAP.COM | Jul 15 2023 00:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517519149 | | EDI: JEFFERSONCAP.COM | Jul 15 2023 00:52:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 517638318 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 21:01:36 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517519150 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 21:00:00 | MCM, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 517519151 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 21:00:00 | Midland Credit Management, Inc., P.O. Box 2001, Warren, MI 48090-2001 |
| 517615009 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 21:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517938160 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2023 20:59:00 | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517885315 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2023 20:59:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517885316 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2023 20:59:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517519152 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 14 2023 21:01:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 517519154 | + | EDI: RMSC.COM | Jul 15 2023 00:52:00 | Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517521976 | + | EDI: RMSC.COM | Jul 15 2023 00:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517519159 | + | EDI: WFFC.COM | Jul 15 2023 00:52:00 | WFFNATBANK, P.O. Box 94498, Las Vegas, NV 89193-4498 |
| 517519158 | + | EDI: WFFC2 | Jul 15 2023 00:52:00 | WFFinace, P O Box 29704, Phoenix, AZ 85038-9704 |
| 517519156 | + | EDI: WFFC2 | Jul 15 2023 00:52:00 | Wells Fargo, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 517601713 | | EDI: WFFC2 | Jul 15 2023 00:52:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517519157 | + | EDI: WFFC2 | | |

Case 18-19363-JNP    Doc 47    Filed 07/16/23    Entered 07/17/23 00:15:11    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 41 |

| | Jul 15 2023 00:52:00 | Wells Fargo Financial National Bank, Client Processing - MAC N0003-038, 800 Walnut Street, Des Moines, IA 50309-3605 |
|---|---|---|

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517938161 | | New Penn Financial, LLC, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, New Penn Financial, LLC, Shellpoint Mortgage Servicing |
| 517519148 | *+ | Internal Revenue Servise, P.O. Box 931000, Louisville, KY 40293-1000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor New Residential Mortgage LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| Terry Tucker | on behalf of Debtor Eddie Otero terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Filomena M Otero terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10