Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19363–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eddie Otero
7 Van Mar Avenue
Pleasantville, NJ 08232

Filomena M Otero
7 Van Mar Avenue
Pleasantville, NJ 08232

Social Security No.:
xxx–xx–8864

xxx–xx–3936

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: August 11, 2023

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court